UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:  
Marcia Jane Esparza

Chapter 13  
Case No. 11-53742

APPLICATION FOR COMPENSATION;
DECLARATION

Debtor(s)_____/

1. Debtor(s') attorney, _____Anita L. Steburg_____, requests the approval of attorney's fees in the sum of $___3,600.00___ pursuant to the attorney's fee disclosure statement filed with the Court and the Guidelines for Payment of Attorney's Fees in Chapter 13 Cases (San Jose Division). Of the sum requested, the amount of $___1,500.00___ has been previously paid to Debtor(s') attorney.

2. In addition to the basic case, the Debtor(s') case involves:

 _×_ Real property claims
 ___ Compromise plan use
 ___ Certain additional real property: ____ piece(s)
 _×_ State or federal tax claims
 ___ Vehicle loans or leases
 ___ An operating business
 ___ Support arrears
 ___ Student loans
 ___ 25 or more creditors
 ___ Motion to commence or extend the automatic stay

3. A copy of the RIGHTS AND RESPONSIBILITIES OF CHAPTER 13 DEBTORS AND THEIR ATTORNEYS, executed by the Debtor(s) and Debtor(s') attorney, has been filed with the Court.

4. All fees are subject to Court approval, whether paid in advance or through the plan.

I, the undersigned, declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Dated: _____4/21/2011_____   _____Anita L. Steburg_____  
Attorney for Debtor(s)

Rev. 6/06