UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA

In re:  
Marcia Jane Esparza

Chapter 13  
Case No. 11-53742 SLJ

APPLICATION FOR COMPENSATION;
DECLARATION

Debtor(s)_____/

1. Debtor(s') attorney, _____Anita L. Steburg_____, requests the approval of attorney's fees in the sum of $___3600.00___ pursuant to the attorney's fee disclosure statement filed with the Court and the Guidelines for Payment of Attorney's Fees in Chapter 13 Cases (San Jose Division). Of the sum requested, the amount of $___1500.00___ has been previously paid to Debtor(s') attorney.

2. In addition to the basic case, the Debtor(s') case involves:

    ×     Real property claims
    ___     Compromise plan use
    ___     Certain additional real property: ____ piece(s)
    ×     State or federal tax claims
    ___     Vehicle loans or leases
    ___     An operating business
    ___     Support arrears
    ___     Student loans
    ___     25 or more creditors
    ___     Motion to commence or extend the automatic stay

3. A copy of the RIGHTS AND RESPONSIBILITIES OF CHAPTER 13 DEBTORS AND THEIR ATTORNEYS, executed by the Debtor(s) and Debtor(s') attorney, has been filed with the Court.

4. All fees are subject to Court approval, whether paid in advance or through the plan.

I, the undersigned, declare, under penalty of perjury, that the foregoing is true and correct to the best of my knowledge.

Dated: _____June 8, 2011_____           _____Anita L. Steburg_____  
                                                               Attorney for Debtor(s)

Rev. 6/06